Timoteo MARTINEZ HERNANDEZ; et al., Petitioners,

v.

Alberto R. GONZALES, Attorney General, Respondent.

No. 04–72792.

United States Court of Appeals, Ninth Circuit.

Submitted April 13, 2006.*

Decided April 18, 2006.

Timoteo Martinez Hernandez, Inglewood, CA, pro se.

Felipa Hernandez Bautista, Los Angeles, CA, pro se.

CAC–District Counsel, Esq., Office of the District Counsel Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Lisa M. Arnold, DOJ–U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: SILVERMAN, MCKEOWN, and PAEZ, Circuit Judges.

* The panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

MEMORANDUM **

Timoteo Martinez Hernandez and his wife Felipa Hernandez Bautista, natives and citizens of Mexico, petition pro se for review of the Board of Immigration Appeals' summary affirmance without opinion of an immigration judge's denial of their applications for cancellation of removal. Our jurisdiction is governed by 8 U.S.C. § 1252. We lack jurisdiction to review the agency's discretionary determination that petitioners failed to demonstrate the requisite exceptional and extremely unusual hardship. See Martinez–Rosas v. Gonzales, 424 F.3d 926, 930 (9th Cir.2005). Accordingly, we dismiss the petition for review.

PETITION FOR REVIEW DISMISSED.

